UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARONDA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:18-cv-08149 |
| | ) | |
| v. | ) | |
| | ) | |
| ILLINOIS TOOL WORKS, INC. d/b/a | ) | |
| ITW DELTAR BODY & INTERIOR and | ) | |
| KELLY SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Now comes the Plaintiff SHARONDA JOHNSON ("Plaintiff"), by and through her attorneys, and respectfully requests this Honorable Court dismiss this action without prejudice pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and *HTG Capital Partners, LLC v. Doe,* 2016 WL 612861 (N.D.Ill. February 16, 2016). In support thereof, Plaintiff states as follows:

1. On December 12, 2018, Plaintiff filed her Complaint in this action.

2. On January 21, 2019, counsel for Defendant Kelly Services, Inc. ("Kelly Services") informed Plaintiff's counsel that Plaintiff's claims were subject to a binding arbitration agreement.

3. Consistent with these representations, Plaintiff has reviewed the binding arbitration agreement and other evidence produced by Defendant Kelly Services. Plaintiff now seeks to dismiss this action without prejudice to pursue her claims in arbitration, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and *HTG Capital Partners, LLC v. Doe,* 2016 WL 612861 at *7-8 (N.D.Ill. February 16, 2016).

4. Counsel for Plaintiff has discussed this matter with counsel for all Defendants, who indicated that Defendants have no objection to the relief requested in this motion.

Wherefore, Plaintiff, SHARONDA JOHNSON, respectfully requests this Honorable Court dismiss this action without prejudice pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and *HTG Capital Partners, LLC v. Doe,* 2016 WL 612861 (N.D.Ill. February 16, 2016), so that Plaintiff can pursue her claims in arbitration.

                RESPECTFULLY SUBMITTED,

                SHARONDA JOHNSON

By:    /s/ Steven Gene Perry
         Attorney for Plaintiff
         Illinois Attorney No. 6330283
         Law Offices of Todd M. Friedman, P.C.
         333 Skokie Blvd., Suite 103
         Northbrook, Illinois 60062
         Phone: (224) 218-0875
         Fax: (866) 633-0228
         sperry@toddflaw.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing Motion to be served upon the following party of record by filing it electronically using the Court's electronic filing system, on January 29, 2019:

Carol A. Poplawski
Goli Rahimi
Ogletree Deakins Nash Smoak & Stewart, P.C.
155 N. Wacker Drive
Suite 4300
Chicago IL 60606
carol.poplawski@ogletree.com
goli.rahimi@ogletree.com


Robert T. Zielinski
Miller, Canfield, Paddock and Stone, P.L.C.
225 West Washington Street
Suite 2600
Chicago IL 60606
zielinski@millercanfield.com

                                                 /s/ Steven Gene Perry
                                                 Attorney for Plaintiff